```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| METRO RENOVATION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3083 |
| | ) | |
| v. | ) | |
| | ) | |
| ALLIED GROUP, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Following a telephone conference pursuant to Fed. R. Civ. P. 16,

IT IS ORDERED:

1. The prior order setting case on an accelerated schedule, filing 8, is withdrawn.

2. The clerk shall send the normal scheduling letter to counsel forthwith.

DATED this 21st day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge