IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| METRO RENOVATION, INC., | ) | |
| | ) | |
| Plaintiff(s), | ) | 4:05cv3083 |
| | ) | |
| v. | ) | |
| | ) | |
| ALLIED GROUP, INC., | ) | |
| | ) | ORDER |
| Defendant(s), | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with <u>Fed. R. Civ. P.</u> 26(f) and, by July 11, 2005, file their Report of Parties' Planning Conference.

DATED June 22, 2005.

/s/ *David L. Piester*
United States Magistrate Judge