# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **METRO RENOVATION, INC.,** | ) | Case No.: 4:05CV3083 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **ALLIED GROUP, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

IT IS ORDERED:

The defendant's unopposed motion to continue the "meet and confer" obligations set forth in the progression order and, accordingly, the deadline for filing the parties' report of planning conference, filing 23, is granted.

The parties are hereby given until August 10, 2005 to electronically file their Rule 26 meeting report.

Dated this 14th day of July, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge