```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| METRO RENOVATION, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3083 |
| | ) | |
| v. | ) | |
| | ) | |
| ALLIED GROUP, INC., and | ) | ORDER |
| NATIONWIDE MUTUAL INSURANCE | ) | |
| COMPANY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

The parties' stipulation, filing 55, is granted and plaintiff's second amended complaint shall be filed forthwith.

DATED this 26th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge