IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| METRO RENOVATION, INC., | ) | 4:05CV3083 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ALLIED GROUP, INC., and | ) | |
| NATIONWIDE MUTUAL | ) | |
| INSURANCE COMPANY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff has filed a motion (filing 64) requesting an extension of time within which to respond to the defendants' motion (filing 61) for summary judgment for the reasons that Plaintiff's counsel has had inadequate time to review documentation recently provided by Defendants and to complete depositions that are necessary to respond to the pending summary judgment motion. I shall grant Plaintiff's motion.

IT IS ORDERED:

1. Plaintiff's motion (filing 64) requesting an extension of time within which to respond to the defendants' motion (filing 61) for summary judgment is granted;

2. Plaintiff's response to the defendants' motion for summary judgment (filing 61) shall be filed on or before April 14, 2006.

February 13, 2006.                         BY THE COURT:

                                           *s/Richard G. Kopf*
                                           United States District Judge