```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

METRO RENOVATION, INC., and    )
METRO AUDIO DYNAMICS, INC.,    )
                               )
              Plaintiffs,      )         4:05CV3083
                               )
         v.                    )
                               )
ALLIED GROUP, INC., and        )         ORDER
NATIONWIDE MUTUAL INSURANCE    )
COMPANY, INC.,                 )
                               )
              Defendants.      )
```

IT IS ORDERED:

The joint oral motion of the parties to continue is granted as follows:

1. Jury trial is continued to 9:00 a.m., June 26, 2006 for a duration of four trial days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week as well as <u>Developmental Services v. City of Lincoln</u>, 4:04cv3272.  Jury selection will be held at commencement of trial.

2. The pretrial conference is continued to June 1, 2006 at 9:00 a.m. before the undersigned magistrate judge.

3. Plaintiff's response to the pending summary judgment motion is extended to April 28, 2006.

4. The deposition deadline is extended to May 19, 2006, and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

5. All other provisions of the court's order setting this case for trial that have not now expired shall remain in effect.

DATED this 31st day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge