IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| METRO RENOVATION, INC., and<br>METRO AUDIO DYNAMICS, INC., | )<br>)<br>) | 4:05CV3083 |
| Plaintiffs, | )<br>) | |
| v. | )<br>)<br>) | **JUDGMENT** |
| ALLIED GROUP, INC., and<br>NATIONWIDE MUTUAL INSURANCE<br>COMPANY, INC., | )<br>)<br>)<br>) | |
| Defendants. | ) | |

Pursuant to the parties' Joint Stipulation for Order of Dismissal With Prejudice and Judgment (filing 90) and Fed. R. Civ. P. 41, this action is dismissed with prejudice, each party to pay its own costs.

May 24, 2006.

BY THE COURT:
*s/Richard G. Kopf*
United States District Judge